## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER CANTRELL, Individually and for Others Similarly Situated,<br><br>v.<br><br>LUTECH RESOURCES, INC. | CASE NO. 4:17-CV-2679<br><br>FLSA COLLECTIVE ACTION |

## LUTECH'S NOTICE OF EXECUTION
## OF SETTLEMENT AGREEMENT

Defendant, Lutech Resources, Inc. ("Lutech"), through counsel, hereby notices the Court that it has executed the Settlement Agreement that was at issue in Plaintiff's Motion for Show Cause Hearing. (Doc. 144). The signature page of the Settlement Agreement is filed contemporaneously herewith as Exhibit A to this Notice.

Lutech apologizes to the Court for the delay and respectfully asks that the Court cancel the hearing set for tomorrow, Friday, December 20, 2019, at 2:00 p.m. (Doc. 146).

Respectfully submitted on December 19, 2019.

*/s/ Christopher E. Moore*
Christopher E. Moore, Esq.
TX Bar No. 24052778, SDTX Adm. 713063
Andrew P. Burnside, Esq.
TX Bar No. 24061200, SDTX Adm. 924772
Ellen C. Rains, Esq.
LA Bar No. 36927, SDTX Adm. 3087712
William H. Payne, IV
LA Bar No. 36617, SDTX Adm. 3121811
Ogletree, Deakins, Nash, Smoak
  & Stewart, P.C.
One Shell Square
701 Poydras St., Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Electronic Mail:
christopher.moore@ogletreedeakins.com

andrew.burnside@ogletreedeakins.com
ellen.rains@ogletreedeakins.com
bill.payne@ogletreedeakins.com

**Of Counsel:**

Samantha D. Seaton, Esq.
TX Bar No. 224088382
Ogletree, Deakins, Nash, Smoak
    & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Telephone: (713) 655-0855
Facsimile: (713) 655-0020
Electronic Mail:
samantha.seaton@ogletreedeakins.com

**Attorneys for Lutech Resources, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2019, a copy of this document was served on all counsel of record via the Court's ECF filing system.

*/s/ Christopher E. Moore*

41176141.1

2