United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER CANTRELL, Individually and for Others Similarly Situated,<br><br>v.<br><br>LUTECH RESOURCES, INC. | CASE NO. 4:17-CV-2679<br><br>FLSA COLLECTIVE ACTION |

### ORDER RESETTING FINAL APPROVAL HEARING

The Final Approval Hearing set for November 3, 2020 is passed. The parties are directed to submit an agreed date by 5 pm on November 5, 2020.

The Court will then reset the hearing in a separate order. *Alternatively, the parties may request that the court rule on the motion papers if there is no opposition to the settlement.*

Signed at Houston, Texas on November 2, 2020.

SIM LAKE
UNITED STATES DISTRICT JUDGE