United States District Court
Southern District of Texas

**ENTERED**

December 17, 2020

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER CANTRELL, Individually and for Others Similarly Situated, | Case No. 4:17-Cv-2679 |
| | FLSA Collective Action |
| v. | |
| LUTECH RESOURCES, INC. | |

## ORDER GRANTING FINAL APPROVAL OF
## CLASS & COLLECTIVE ACTION SETTLEMENT

Christopher Cantrell moves for final approval of the parties' Settlement Agreement and Release. Having considered the motion and relevant material, the proposed settlement embodied in the Settlement Agreement and Release (Settlement) is hereby finally approved as fair, reasonable, and adequate, and in the best interests of the Eligible Class Members, in light of the factual, legal, practical, and procedural considerations raised by this case. The motion is **GRANTED**.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.    For settlement purposes only, the Court finally certifies the Illinois, Maryland, Massachusetts, New Jersey, New York, and Pennsylvania Classes with respect to the Eligible Class Members.

2.    For settlement purposes only, the Court finds certification of the Illinois, Maryland, Massachusetts, New Jersey, New York, and Pennsylvania Classes with respect to the Eligible Class Members is appropriate in that: (a) the members of each class are so numerous that joinder is impracticable; (b) the common questions of law and predominate over any individual questions; (c) Plaintiff's claims are typical of the claims of the Illinois, Maryland, Massachusetts, New Jersey, New York, and Pennsylvania Classes; (d) Plaintiff and Class Counsel fairly and adequately represented and protected the interests of the Eligible Class Members who are part of the Illinois, Maryland,

Massachusetts, New Jersey, New York, and Pennsylvania Classes; and (e) a class action settlement is superior to other available methods for the fair and efficient adjudication of the controversy.

3.    The Court hereby approves Christopher Cantrell as the representative of the Eligible Class Members and finds that he meets the requirements of Rule 23(a)(4).

4.    In accordance with Rules 23(a)(4) and (g) and the FLSA, the Court approves the following attorneys as Class Counsel for the Eligible Class Members:

> Richard J. Burch
> BRUCKNER BURCH PLLC
> 8 Greenway Plaza, Suite 1500
> Houston, Texas 77046
>
> and
>
> Michael A. Josephson
> JOSEPHSON DUNLAP LAW FIRM
> 11 Greenway Plaza, Suite 3050
> Houston, Texas 77005

5.    All Eligible Class Members (Exhibit 1) hereby release the Released Parties from any and all federal, state, or local claims, causes of action, demands, rights, damages, requests for equitable relief, expenses, interest, penalties, and attorney's fees for Lutech's alleged violation of applicable wage payment laws or regulations for the time that the Eligible Class Member worked for Lutech as a W-2 employee during the relevant statutory period. Dkt. 153-1 (Settlement) at 3-4.

6.    The Settlement was reached pursuant to arm's-length negotiations between the parties.

7.    The absence of any objections to the Settlement supports approval of the Settlement.

8.    This case progressed to a stage where the Court and the parties could evaluate the merits of the case, potential damages, and the probable course of future litigation.

9.    The Court finds that: (a) the strength of the claims weighed against the defenses, as well as the complexity, length and expense of further litigation, support approval of the Settlement.

10.    The opinions of Class Counsel, who have significant experience representing parties in complex class and collective actions, weighs in favor of approval of the Settlement.

11.    The Court finds the Settlement is fair, reasonable, and adequate, and in the best interests of the Eligible Class Members.

12.    The Court further finds the proposed settlement is a fair and reasonable resolution of a *bona fide* dispute regarding the Fair Labor Standards Act (FLSA) claims.

13.    The Gross Settlement Amount as set forth in the Settlement Agreement is a fair, reasonable, and adequate settlement of the claims.

14.    The Court finds the agreed upon attorney's fees and costs are reasonable.

15.    The Court finds the payment to the Settlement Administrator is reasonable.

16.    The Court finds the Service Award to Christopher Cantrell is reasonable.

17.    Lutech shall "mak[e] the final installment payment ($2,748.909.92)" on "Monday, December 21, 2020." *See* December 10, 2020 Letter from Lutech's Counsel (Christopher E. Moore & William H. Payne, IV) to Andrew Boyd, Case Manager for Judge Sim Lake.

18.    The Claims Administrator shall mail each Eligible Class Member their Settlement Payment within 30 calendar days after Court's Final Approval Order.

19.    The Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement for 60 days. Following this period, ~~absent action by either party, this case shall~~ *the parties will submit an agreed final judgment dismissing the case with prejudice.* ~~be considered dismissed with prejudice.~~

**IT IS SO ORDERED.**

DATED: _Dec. 17, 2020_

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

3

## Eligible Class Members

Abad, Cynthia V.
Abbott, Robert P
Abbott, Taylor J
Abendschoen, Steven
Abner, Louis
Abrego, James R
Acevedo, Suzanne
Achee, Anne M
Adame, Erick
Adams, Allen M.
Adams, Mark W
Adams, Robert A
Adams, Robert M.
Adams, Thomas E
Agwu, Ikechukwu U
Aiken, William
Ainsworth, Rex A
Albert, Charles
Albrecht, Kenny J.
Albright, Robert
Albritton, Gregory L
Alcazar, Jesus F.
Aldrich, Michael F
Alejandro, Eduardo
Alexander-Branch, Felicia Lenette
Alford, Presley B.
Alford, Ronny Lee
Alhaddad, Oday A
Allen, Dana E
Allen, Daniel
Allen, Floyd
Allor, Kenneth
Alonso, Jaime
Alvarado, Angel
Alvarez, Gabriel
Amador, Xavier
Amoroso, Robert James
Amos, Adrian P
Anastasio, Patrick J
Anaya, Joseph Richard
Anderson, Barry J
Anderson, Larry M
Anderson, Rodger Thomas
Anderson, Sean
Andrews, Odell S

Angle, Robert Edward
Annunziata, Mark D
Archer, Monica L
Arevalo, Edwin
Arias, John
Arms, Evan
Armstrong, Dion
Armstrong, Jeffrey S.
Arnold, Donna Dynell
Arunyon, Neil
Ashby, Hackley F
Asri, Mounssef
Asuquo, Valerie S
Ates, Darren W.
Atherton, Paul W
Atkins, Mark Allan
Attia, Alla
Avila-Vigil, Nestor
Ayala, Carlos R.
Bachteal, Jon L
Bader, Edward P
Bagent, David Robert
Bailey, Daniel
Bailey, Gerald R
Bailey, Micah Shawnee
Bailey, Ryan
Baker, Austin
Baker, Chris
Baker, Randolph Terry
Ballard Sr, Elwin R
Ballou, Clinton G
Bamber, Colin K.
Banatehrani, Shermineh
Bandyopadhyay, Prabal
Bannerman, Joseph C
Barber, Dale E
Barber, Michael
Barger, Jerry Michael
Barger, Vincent
Barker, Carolyn
Barnes, Errol G
Barnhill, Travis C
Baron, Mark E
Barrales, Monica
Barrett, Sherman C.

**Exhibit 1 - Eligible Class Members, Page 1**

Barrientos, Sergio Ivan
Barrow, Gerald S.
Barry, John B
Barry, Kathleen Frances
Basham, Dan V.
Bass, Samuel B
Bates, Edward K
Bates, Gary A
Baum, Jon E
Beaver, Harvey E
Beaver, Tinene
Beck, James W
Beck, Stephen Antonio
Becka, James Francis
Beighley, Karen
Bell, Aaron K
Benjamin, Michael R
Benscoter, George S
Benzoni, Louis P.
Bercegeay, Monique
Berkey, Kelly R
Besselman, Charles
Bhatia, Deepak H
Bhavsar, Jitendra P
Bibiano, Eduardo G
Bick, Peggy L
Billard, Bruce
Billings, Bill
Bishop, Patrick M
Black, Billi J
Black, Brandy E
Black, Derek Leon
Blackhorse, Johnny
Blair, Robert A.
Blake, Bryan
Blake, John C
Blankenship, David Lewis
Bleacher, Robert K
Bluteau, Brian J
Bodoh, Mark A
Boehm, Dennis
Boggs, Royce Kelly
Bombardo, Frank B
Bomer, Yolanda
Bond, Darrell J
Bond, Nila D
Boni, Thomas F.
Boone, Jason

Boot, Richard H
Borders, Verena
Bosman, Richard
Bosquez, Jose Adrian
Bostick, Jordan Dale Grant
Both, Justin
Both, Tony
Bouquet Pena, Yesnicey
Bowie, Domonique
Bowling, Woodrow
Boyd, Darryl
Boyd, Richard T
Boyd, Terry E
Boyer, Kendall J.
Boykin, Isaac L
Boyzuick, Peter P.
Braasch, Phillip B.
Bracey, Gordon Allen
Brackett, Daniel K
Brackman, Jeremy H
Bradley, Jeffrey
Brady, John K.
Bragg, Clark James
Brahm, Leroy
Brand, Joanne E
Brantley, Stuart W
Brede, Richard K
Breece, Tracy L
Breeding, Ebony R
Brehm, Timothy A
Brekke, Matthew J
Brennan, Joseph Patrick
Brennan, Patrick J
Brewer, Aaron
Brewer, Jarrod G
Bridges Jr, Tracy Adam
Bright, Edward
Brnca, Christina M
Brock, Steven T
Brock, Travis P.
Broder, Carey S.
Broecker, Christopher Will
Brookins, Donald L
Brooks Sr., Glenwood D
Brooks, Melissa Louise
Brothers, Joseph B
Broussard, Brooke R
Brown, Alex R.

**Exhibit 1 - Eligible Class Members, Page 2**

Brown, Clinton
Brown, David A
Brown, Jeremy Clinton
Brown, John H
Brown, Johnny
Brown, Kenneth B
Brown, Letrista Shena
Brown, Raymond S
Brown, William
Brown, William Martin
Browning, Michael Tracy Ray
Bryan, Robert W
Bryant, Demetris D
Buckner, Joseph D
Buffington, Erica D
Bumgardner, Brent
Burdick, David V.
Burge, Albert H
Burgess, Derek Michael
Burk, Charles
Burke, James D.
Burkins, Newt A.
Burleigh, Tiffany F
Burnett, Luwana Christine
Burnett, Melissa Caroline
Burns, Wadie K
Burnsworth, Clyde H
Burrel, Morika
Burroughs, Dejuan
Burrows, Kenneth
Butler, Leonard J
Byrd, John Kyle
Cable, Gerald E
Cable, Ronald G
Cacciatori, Wayne T
Cahill, Michael F
Calaway, Michael G
Caldwell, Marque L
Call, Terry
Calles Cruz, Jose Martin
Calvin, Thomas Owen
Camp, James B
Campagna, Mark Santo
Campbell, David D
Campbell, Mark F
Canale, Ronald
Cannon, Renee C
Cantie, Ronald F

Cantrell, Christopher B
Cantu, Daniel
Capitanos, Lawrence G
Capp, James E
Cardona, Brian David
Carlin, Lawrence J
Carlos, Eduardo
Carlson, Bruce A
Carmichael, David K
Carnwath, Jonathan R
Carpenter, Allan Ray
Carr, Bruce
Carranza, Corina
Carter, James J.
Carter, Jonathan E
Carter, Michael D
Carter, Michael T.
Carter, Steven W
Casale, Anne C
Casarotto, Paul R
Cash, Jason E
Casillo, Albert
Caster, Marlon
Castille, Chad
Castillo, Raul
Caswell, Emma J
Catalano, Christopher J
Catchot, Christine
Cauble, Lawrence P
Caywood, Christopher D
Centrella, Richard J
Ceravolo, William S
Cervantes, Roy
Chabotte, Wilfred J
Chabotte, Wilfred J
Chamberlain, Julie A
Chambers, Antione
Chance, Denny H
Chandler, Ray
Chaney, Paul A.
Chapa Jr, Ray Macgyver
Chapman, Glenn Keith
Chapman, Neal A.
Chapman, Roxana
Charlton, John P
Chastain, Christy M
Chegwe, Ifeanyi J
Chen, Jih-Guan Kevin

**Exhibit 1 - Eligible Class Members, Page 3**

Chesley, Derron
Chetney, Christopher
Chinedu, Otoh
Chioda, Anthony Guy
Chiu, Lawrence
Christ, Thomas S
Christensen, Cary J
Christmas, Nathan D
Clark, Richard Andrew
Clark, Roger
Clark, Thomas J
Clarke, Kevin J
Clauss, Jeffrey B
Clegg, Harry E
Clemens, Roger C
Clifton, Don
Cloessner, Tracy
Cochran, William
Cogar, Christopher M
Colar, Yolanda E.
Cole, John Douglas
Cole, Sarah
Coleman, Jeremiah W. C.
Coley, Allen K
Collins, Brandon
Collins, Joseph
Collins, Marques R
Collins, Richard C
Colocino, Ronald
Colvin, Christopher G
Colvin, Robert
Comes, David L
Compton, Kristina L.
Cone Jr, Garvis C.
Connon, John J
Conway, Shannon R
Conway, Tyler A
Cook, Joseph P
Cook, Shawn A
Cook, William E
Cooper, Edward R
Cordery, Mark D
Cornwall, Aaron
Cornwall, Ezra K
Cory, Matthew H
Cory, Michelle L
Cosetillo, Raymond
Costi, Tony J

Cotton, Derrick R.
Cotton, Rita
Courson, Keith A.
Cowger, Kurtis A
Cox, Barbara Davis
Cox, Lloyd
Cox, Monica
Cox, Richard
Coyle, Donald J.
Coyle, John K
Crabbs, Bruce Lee
Craddick, David W
Craft, James M
Crain, Kerry
Crane, David F
Crary, Alan
Crawford, Deandre
Crawford, William
Crayton, Rachel Renee
Cressotti, Steven D
Crestani, Jonpaul
Critton, Antonio
Crockett, Brittany Janea
Cromwell, Edward S
Crouch, Jeffrey J
Crout, Danny E
Cruger, Michael J
Crupi, Richard C
Cruz, Leonardo B.
Cunningham, Doran
Cunningham, James
Cunningham, Margarite Rose
Curley, Edward R
Curry, Shawn T
Daigle, James
Dale, Michael D
Dallas, David
Daluise, Deanna Joy
Damhoff, Donald J.
Dammann, Robert A
Daniels, Darnell
Daniels, Tom V.
Dankmer, Steven L
Dantin, Kirsten P
D'antonio, Anthony J
Dardar, Mitchell Kirvin
Darling, Loren W
Darling, Theresa H

**Exhibit 1 - Eligible Class Members, Page 4**

Daugherty, Jeffrey
Davenport, Jim M
Davidson, Phillip Blake
Davidson, Robin
Davis, Jaroyce S
Davis, Keith
Davis, Latacia H
Davis, Thomas G
Dawn, John A
Dawson, Anthony T.
Day, Donald
Day, Scott
Dayley, Vance B
Dazzo, Andrew A
De La Rosa, Raul
De Leon, Mercedes V.
Deal, Christopher
Dean, Angela R
Deban, Patrick John
Defalco, Jonathan P
Deivasigamani, Palani
Delfera, William
Demmons, David D
Dempsey, Perry W
Dennett, Eleanor R
Derby, Lapravean
Derk, Gary L.
Derouche, Deidre S
Deskin, William M
Desoto, Phillip
Devault, Joseph
Devillier, Phillip
Diana, Richard M
Dickinson, Melvyn E
Dillon, Raymond P.
Dilorenzo, Michael F
Dingman, Robert H
Disandro, Raymond D
Dixey, Fletcher W.
Dixey, Heath
Dixon, Alexander Kyle
Doan, Tuan A
Dobbs, Glenn R
Dodge, Daniel A
Dodson, Paul Anthony
Dong, Alex
Donovan, Eugene
Dorsey, Dale A.

Dorwick, Kevin C
Doyle, Chase A
Dragoo, Michael E
Drake, John E.
Drummond, Donald Ray
Duback, Daniel J
Ducote, Randy
Duffy, William J
Duncan, Tony
Duplechain, Colby Bryce
Duplechain, Lenus F
Duras, Debra L
Duree, Steven Keith
Durkin, Kerry M
Dutcher, Carter L
Dvorak, Larry O
Earley, Steven John
Eason, Jack
Eason, Katrina M
Ecke, John E
Edmiston, Mark C
Ege, Conrad
Egler, Chris Michael
Ekman, Laura J
Eliakis, Theodore L.
Elliott, Jason
Elliott, Phillip E
Ely, Reggie R.
Elzie, Lawrence A
Eng, Chun K
England, Harmon R
English, William M
Enrico, David A.
Ensor, Donald A
Entwistle, Michael
Ephraim, Troy Anthony
Erickson, Jack E
Ervin, James P
Espenshade, Richard
Esposito, Michael A
Estopinal, Louis R
Eungard, Doug M
Evans, Cady A
Evans, Gerald F.
Evans, Paul R
Ezell, Daryel
Fagan, Kelly P
Fagerstrom, Ricky E

**Exhibit 1 - Eligible Class Members, Page 5**

Fakes, Donald S
Fakhri, Ali H
Fane, Edward R.
Farabaugh, John R
Farr, Mark E
Farrag, Hasan S
Farrell, Richard P
Fastring, Holt H.
Faultersack, John R.
Faust, Craig
Fawley, Douglas
Fernandez, Cathy J
Fernandez, Jesus
Ferrara, Richard D
Ferrell, Cormick
Ficchi, Michael N
Field, Michael E
Fink, Ashlee Rae
Fiorito, Ronald M
Firpo, Gregory G
Fisher, Derek S
Fitzgerald, James M
Fitzgibbon, Craig Robert
Fitzpatrick, Michael W
Fleming, James
Fleniken, Stephen
Flodman, Richard A
Flood, Michael S
Flores, Albert
Flores, Luciano
Fodora, Samuel A
Folsom, Brandi
Fontana, Andy
Fontenot, Clarence
Fontenot, Cory
Ford, Tenisha D
Fowler, Shane M.
France, Mark D.
Francis, Eric
Francis, Samuel
Franco, Victor M
Francois, Curtis
Franklin, Rita
Fredericks, Joseph A
Fredericksen, Mark
French, Angela M
French, Thomas F
Fricke, Brian K

Friebel, Robert W.
Fritz, Katherine M
Fronczak, Jo A.
Frost, Martin J
Frutos, Denis D
Fueller, Mark
Fuller, Lauren Beth
Furr, Lorrie
Gaffney, Bryan C.
Gaines, Mark Livingston
Gallagher, John R
Gallant, Paul L.
Galler, Michael R
Galloway, Gary M
Gandy, Matthew B
Gant, Harold Carey
Ganus, Stephen D.
Garcia, Aracely
Garcia, David
Garcia, Donald
Garcia, Eric J
Garcia, Ramiro
Garcia, Ramiro A
Gardner, Aaron
Gardner, Cory J
Gardner, Stuart
Garland, Willis Aaron
Garner, Sean Vannoy
Garofalo, Sharon
Garvey, Robert E
Garza, Javier
Gaylord, Frederick C
Gbugu, Chiagozie Okechukwu
George, Andy J
Getz, Leo G
Giangiulio, Arduino
Giard, Frederick C.
Gibson, Simon John
Gigele, Fredrick
Gilbert, Darius A.
Gilmore, Frank
Gipson, April M
Girskis, Tim A
Gisiner, Caleb L.
Givler, Ronald L
Gnojek, Grace E
Golden, Donald Lewis
Gonzales, Alicia

**Exhibit 1 - Eligible Class Members, Page 6**

Gonzales, Danny F.
Gonzales, Francisco S
Gonzales, Jose L.
Gonzalez, Laura Angelica
Goodwin, Elis A
Goolsby, Joseph
Gordon, Charles E
Gordon, Corey M
Gordon, Glenn L.
Gould, William K
Grabert, Nolan A.
Grace, Eugene C
Gracia, Gabriel
Graff, Stephen
Graham Cox, Edna Inez
Graham, Michael J
Graham, Rico D
Graham, Walter
Granger, Dennis Dale
Gransbury, Clifford
Grant, Collin Xavier
Gratton, Jason M
Gray, Hubert
Gray, Lawrence Leroy
Gray, Michael Eugene
Gray, Rhonda Lynn
Grayer, Jeronne
Grayer, Keon
Green, Bobbie Moses
Gregory, Tyron E.
Greth, Michele Rae
Grimsley, Bobby G
Grogan, Ladonna A
Grover, Haleigh S
Grubbs, Gerald Frank
Grubbs, James Timothy
Grube, Laura J
Gruber, Werner R.
Grubius, Brian R.
Gruss, Larry Scott
Guevara, Manuel Reynier
Guidry, Michael
Guier, Nicholas R.
Guillermo, Wilson T.
Gumnick, John
Gunn, Refugia C
Guron, Revelino P
Gust, Stephen G

Hadden, Charles
Hall, Bo C
Hall, David Wayne
Hall, Donovan
Hall, Heather A
Hall, John B
Hall, Michael W
Hall, William C.
Halsey, Samantha Z
Halverson, Eric Donald
Hamilton, Christopher D
Haney, Kenneth Edward
Hanson, Thomas
Harbin, Jesse L.
Hardison, David R
Hardwick, Michael Dean
Harmon, Samuel R
Haroldsen, Matthew Adam
Harpool, Stanley G.
Harrington, Thomas Daniel
Harrington, Zack Robbert
Harris, Benjiman C
Harris, Charles M
Harris, Sherri D
Harrison, Allen Francis Frank
Harrison, Patrick
Harrison, Tian M.
Harrison, Timothy
Harrison, William A
Hart, David G
Hartmann, Michael James
Harvey, Christopher L
Harvey, David J.
Harvey, Michael B
Hasan, Akam Qader
Hasek, Michael J
Haskins, Daniel A
Havens, Michael L
Hawkins, Timothy K.
Hayes, Abigail E
Hayes, Anthony G
Hayes, Kurt E
Haynes, Marshall
Haynie, Miles
Hedington, William E
Hedrick, George L
Heidemann, Tanner G
Heidenfelder, Alan W

**Exhibit 1 - Eligible Class Members, Page 7**

Heidke, Paul
Heinrich, Brenna
Heiska, Jeffrey Scott
Heister, Mona L
Held, Darcy S.
Held, Michael G
Helland, Gerald Duane
Hemmila, Earl David
Henderson, Angela K
Heney, Michael C.
Henicke, Clayton
Henley, Donald S
Henneberry, Joseph M
Henni, Andrew L
Henry, Ashton N
Henry, Brad
Henry, Joseph
Henry, Leonard Paul
Herget, Alfred A
Herlocker, Matthew T
Hernandez, Daniel
Hernandez, Edgar A
Hernandez, Erick A
Hernandez, Tiffany A
Herrick, George W
Hichborn, Richard
Hickerson, Jerry
Hickman, Rickey
Hidalgo, Sonia
Hildebrand, Richard C
Hill, Christol L
Hill, Kenneth H
Hill, Kevin
Hill, Saira R.
Hill, Thomas L
Hilliard, Keith C
Hilliker, Emily I
Himel, Nicholas A
Hines, Isaac J
Hines, Robert
Hinkel, Craig M
Hixson, Matthew Todd
Hoch, James
Hoffer, James M
Hoffmann, Barry C
Hofmeister, Michael
Hogan, Joseph
Holder, Terry Lee

Hollenbach, James William
Holliday, Bruce L
Hollingsworth, Kimble T
Holloway, Desmond D
Holt, Britten J
Hooper, James
Hopkins, Katharine
Horn, Jerry A
Houde, Jeffrey
Housley, Adrian
Houzenga, Tommie A
Hovsepian, Joseph
Howell Jr, Marlin
Howell, Roy T
Hoyt, Nicholas B
Hubbard, Rodney
Hubbard, Tommy D
Hughes, George L
Hughes, Norma J.
Humberd, Joseph P.
Humphries, John S
Humphries, William A
Hunter, Joseph W
Hurlbut, Keith D
Hussman, Jon Paul
Hutcheson, Charles John
Hutchings, Niconna C.
Hutsell, Leslie C
Hutto, Jn
Hylton, Michael Eric
Ihnacik, John
Incorvati, Chester
Ireland, Dennis L
Irwin, Ronald R.
Isaacs, Trina Kay
Ivy, Kevin R
Izquierdo-Turrubiart, Rosalio
Jacks, Justin M
Jackson, Eddie
Jackson, Jaron De'quen
Jackson, Kendall
Jacome, David Garcia
Jahn, Larry E
James, Robert W
James, Stephanie Yvette
James, Tangineika C
James-Park, Stacy M.
Jankowiak, James L

**Exhibit 1 - Eligible Class Members, Page 8**

Jarrell, Kevin
Jarvis, David F
Jasso, Jesus
Jaugstetter, John K
Javidan, Shahram
Jenkins, Christopher
Jenkins, Melinda
Jenkins, Shantelle P
Jennings, John
Jochen, David D
Johnson, Dananda L
Johnson, Harlow G
Johnson, Janna
Johnson, Jeremy James
Johnson, Justin
Johnson, Leona S
Johnson, Neal A
Johnson, Terry L
Johnson, Timothy Calvin
Johnson, Vaughn
Johnston, Aaron B
Johnston, Howard T
Joiner, Robert
Jones, Christopher Shavez
Jones, Gregory A
Jordan, Toriano
Jourdain, Keith J
Joyce, Kishah C
Joyce, Michael W
Justice, Stephen Douglas
Kacinko, Frank J
Kaddour-Djebbar, Abdelkader
Kadeg, Thomas H
Kaineg, John Robert
Kang, Amandeep S
Kapinus, David M
Karasek, Kenneth P
Kaufman, James L
Keaton, Warren D
Keenan, David B
Kein, Patrick
Kellerman, Jeffrey Lee
Kelley, Clarence D
Kelley, Jesse R
Kells, Brandon T.
Kelly, James B.
Kemp, Keith A.
Kemper, Tammie J

Kennedy, Bruce B
Kennedy, Steven E
Kenny, Donald R
Kent, Christopher P
Kern, David C
Kerzie, Matthew J
Killgoar, Robert J.
Killingsworth, Krystal E
Kilpeck, Kevin
Kim, Daniel C
King, Andrew R
King, Blake M
King, Harry Robert
King, James G
Kingry, William L
Kinsey, Jesse
Kinsland, Kathy
Kirby, Michael W.
Kirch, Kenneth N
Kirk, Angel
Kirshy, Lauren A
Kisselburgh, Harry F
Kitner, John P
Klapatch, Dennis S.
Kleckner, John L
Kline, Philip B
Knapp, Chris Alan
Kniffin, Mylez
Knight, Jonathan R
Knight, Paul G
Knobloch, Bruce A
Knorr, Brian Noel
Knowles, Kent
Kocher, Richard F
Koelle, John N
Kozelouzek, James C
Kraklio, Steven S
Krakowka, Karen
Kramarski, Barbara
Krause, Matthew
Kriesche, Donald
Kruegel, Walter E.
Kuberka, Julie
Kubicki, Justin Michael
Kucenski, Mark E
Kulathum Gopalakrishnan, Praveen
Kumpunen, Donald E
Kunzwiler, Michael J

Exhibit 1 - Eligible Class Members, Page 9

Kupke Iii, Walter L
Kurtz, Anita
Kutches, Joseph
Kwityn, Thomas
Kyle, George William
La, Paul D
Labbe, Noel J
Lachut, Martin J
Laform, Vincent L.
Lagbenro, Kehinde Samson
Lally, Robert Frederick
Landers, Dryl Allen
Landgraf, Samantha C
Langley, Christian C.
Lantz, Stephen E
Lapia, Michael J
Larkin, Lindsey N
Larue, Charles James
Laskoskie, Elizabeth A
Latchison, Terrell M
Latino, Thomas A
Lavato, Domenic F
Lavergne, Hope M
Lawhon, James E
Lawrence, Ashley K.
Lawrence, Hollis Gale
Lawrence-Dever, David W
Lawson, Steven A
Lazowski, Jack R
Le, Rem Dinh
Le, Tue
Leblanc, Jordan
Leblanc, Justin
Leblanc, Tammie M
Leclaire, Greg
Leday, Jerrick J
Ledo, Alexander G
Leduc, Michael J
Lee, Joshua E
Lee, Patricia
Lee, Richard S.
Lee, Robert
Lehman, Karen
Leiva, Amanda C
Lejeune, Bryan
Lemire, Chad
Lentz, Lewis F.
Leonidas, Roberto

Letwinski, Connie M
Levenite, Arthur E
Levingston, Patrick J
Levison, Terrilynn
Levy, Marquia
Lewandowski, Thomas P
Lewis, Andy Lee
Lewis, Bobby
Lewis, Edward G
Lewis, Harold W.
Lewis, James A.
Li, Qunfang
Liebling, Irwin
Liguori, Donald A
Likas, Leonard P
Liles, Elvin D
Lindsey, Aaron Anthony
Lingo, Rodney
Litfin, Kenneth W
Liu, Jiayang
Lloyd, Gregory M
Lloyd, John
Lockett, Tonya L
Lockheart, Michael Dwayne
Lockwood, Johnny E
Logan, John F
Logue, Joseph William
Lolley, Arvis Jacob
Long, Brent A
Long, William P
Lonsdale, Thomas S
Lopez, Marcelino
Lopez, Stacey
Lopez, Wacey
Lopez, Yolanda
Lotarski, Fred J
Lough, Lucinda V
Loukos, Michael A
Love, Timothy J
Loverdi, Valerie M.
Low, Michael D
Lowell, Shana R.
Lucas, Alfred D
Ludkowski, Robert C
Lukaczyk, Francis C
Lummus, William
Lykkebak, Thomas A
Lynch, David B

**Exhibit 1 - Eligible Class Members, Page 10**

Lyne, Robert D
Macklin, James E
Macnichol, Stephen G
Madsen, Meranda
Mahallati, Shams
Mai, Nhan Van
Majano, Marvin Eliud
Malbroux, Bryan C
Maldonado, Filiberto
Malkiewicz, Donald P
Malmberg, Westley
Malone, Dandre
Mammelli, Charles M.
Mancil, Justin L
Mandurano, John Warren
Mangels, Kenneth J
Maniccia, Daniel P
Mankin Jr., Loren Michael
Manley, Tony
Mannise, Markie R
Mantilla, Edwing A
March, Lyle
Marcon, Leslie Kay
Mariano, Robert A
Maring, James
Markham, Kathleen K
Marmon, Michael J
Martin, Dennis G
Martin, Gary
Martinez, Diana P
Martinez, Edison
Martinez, Myra A
Martinez-Irizarry, Noel
Mason, Evert J
Massa, Jeffrey
Massoud, Mahmoud
Mastroianni, Martin
Mata Camacho, Victor Ivan
Mathieson, Robert John
Mathis, Scott
Matson, James
Matta, Frank A
Mattsen, Brad
Mattson, Steven E
Matysik, Raymond B
Mau, James F.
Mau, Randall D
Mavins, Carlos

Maxile, Sherol
May, Kenneth
Mccabe, Glenn G
Mccallon, Steve R
Mccarthy, Cheryl A
Mccarthy, Peter Lunsford
Mccartney, Sybil M
Mccauley, Dillon J
Mcclellan, Chance
Mcclelland, John R
Mcclelland, Kristoffer J.
Mcclure, Jerry E
Mcconnaughay, Robert J
Mccoy, Harlene
Mccraney, Ronnie F.
Mccrobie, Robert D
Mcculla, Cameron A.
Mccullough, Jason C
Mccullum, Davon Ramon
Mcdaniel, Charles Alfred
Mcdonald, William Patrick
Mcdougal, Floyd J
Mcgee, Christopher A
Mcgee, Michael T
Mcgee, William Earl
Mcgiff, James
Mcglory, Cory
Mcgovern, John P
Mcgrath, Zachary T.
Mchugh, Timothy T
Mcinnes, Frank H.
Mckenney, Randall K
Mckenzie, Michael
Mclean, James A
Mclean, Mark J
Mcmahel, Dale M
Mcmahon, John
Mcmillan Jr, Randy Wayne
Mcmillan, Aaron
Mcmillan, Amber C
Mcnabb, Bryian Clay
Mcnamara, Thomas W.
Mcnamee, Robert C
Mcrae, Erika L
Mcshan, Gerald A
Mcshan, Johnathon W.
Mehta, Chandrakant Vrajlal
Mejia, Alejandro

**Exhibit 1 - Eligible Class Members, Page 11**

Mejia, Julio Cesar
Meleca, Michael J
Melton, Michael J
Melvin, Varrick L.
Mendez, Juan
Mendieta, Raul B
Mendiola, Philip M
Mendoza, John V
Mengel, Larry F.
Meshaw, Kenneth R
Meyer, Bernard W.
Meyer, Michael C
Meyerhoff, Timothy A
Meymandi, Manouchehr Movahedi
Meznarsic, David W
Miaris, Greg
Michmershuizen, James R.
Miles, Christopher L
Miles, Jerry K
Miller, George Robert
Miller, Jeffrey A
Miller, Kevin Williiam
Miller, Trina
Mills, Benjamin Edward
Milton, James E
Mims, John Paul
Miner, Antonio D
Minor, Joe
Miranda, Anthony G
Mitchell, Devin
Mitchell, Terry
Mitchell, William G
Mobley, Dwayne
Mogilefsky, Michael
Mohanty, Siba
Mohr, James
Monalvo, Richard Walter
Montagnola, Elizabeth A
Montesano, Gary S
Montgomery, John D.
Montgomery, Seth W
Montoya, Marc
Moody, David C.
Moore, Charlie B
Moore, Peter
Moore, Sharon Sue
Moore, William H
Moran, Michelle

Moreland, Kenneth Carl
Moreno, Anthony Morris
Moreno, Raul
Morgan, Tyrone
Morgan, William J. James
Morin, Carlos G
Morin, Jamie
Morrill, Jun Lenizo
Morrison, Larhonda B
Morrow, Chad M
Morss, Peter D
Mosley, Lakeisha
Moss, Yael
Mott, Christopher
Mott, Jacob D
Mouhot, Susan D
Muffley, Wayne A
Mulligan, Thomas
Mundt Jr, Robert C
Muntean, Andrian
Murillo Jr, Antonio
Murphy, Ronel A.
Murray, Roy J.
Musick, Joshua
Musselwhite, Gregory
Mustafa, Geralyn
Myers, Jerry D.
Myles, Michael A
Nailor, Terry W.
Najera, Ramon
Nalle, Nicole
Nalls, Calvin J
Nance, Terry Patton
Narron, Vernon Dewain
Narvaez, Edwin Ausberto
Narvaez, Joseph
Navo, Val L
Neiman, Dale N
Nellis, Robert A
Nellis, Ryan C
Nelson, Rhea A
Nelson, Scott R
Newman, Heather L
Newman, Steven L
Ngumezi, Hope C
Nguyen, Hung Gia
Nguyen, Peter Tan
Nicewander, Bruce E

**Exhibit 1 - Eligible Class Members, Page 12**

Nichols, Craig J
Nickel, Brien A
Nickleberry Iii, Troy
Nicklin, David F
Nikitas, John J
Niles, John A
Noel, Daniel J
Norberg, Judith M
Norman, Ricky
Norton, Randall
Nye, Robin
O'brien, Patrick T
O'connor, John T
Odom, Christopher D
Oehlert, Gene R.
O'laughlin, Bryan Patrick
Opry, Michael S
Ornelas, David
O'rourke, Daniel James
Orta, Rodolfo M
Osmonson, Thomas E.
Otwell, Jackie W
Oubre, Euley J
Outhay, Sengsourya D
Owens, Dennis M
Pace, Robert V
Padron, Juan M
Panozzo, Joseph B
Paolucci, Steven T
Pappa, Michael T
Pardi, Marcus C
Pardo, Julio
Parker, Tyler Michael
Parkinson, Kenneth L
Parks, Monty R
Parrish, Samuel A
Pase, Daniel O
Pass, Joseph R
Pass, Mark Stephen
Patel, Dhiraj D
Patel, Dhiren P
Patel, Harichandra M
Patel, Jayendra Shantila
Patel, Mansukh I
Patel, Pramukh A
Patel, Vinod M
Patel, Zainab
Patillo, Jennifer Lynn

Patterson, Dominique L
Pavesich, Michael Raymond
Pawlak, Rene W
Pawlowski, Jeffrey P
Payton, Michael S
Pena, Brayden Anthony
Penaloza, Christopher
Pendergraft, Kevin D
Penn, Lee Ann
Pepper, Kerry
Perez, Merrie
Perez, Minerva
Perez, Richard A
Perkins, Joseph A.
Perron, Charles G
Perry, David S.
Perry, Deloris
Perry, Ronald A
Perry, Scot Criag
Perumbully, Pauly
Pesca, Nestor Andres
Peters, Michael B
Pham, Thomas
Phillips, James T
Phillips, Scott Grandin
Philpot, Aldina
Pierce, Leonard E
Pierce, William Clissold
Pillow, Robert G
Pinkston, Peter H
Piper, Michael F
Pisano, Louis E
Pitcher, David M
Pitts, Melton
Plaza, Misty M
Plese, Robert Paul
Plummer, Gary L
Pluskota, Frank A.
Plyler, Madison E
Plympton-Ludlum, Audrey L
Pointer, Kenneth
Politzi, Paul B
Pollic, Anthony D
Polozola, Chad
Ponce-Alfaro, Ruben
Pongah, Quincy
Pope, Micki Lee
Porcayo, Hector

**Exhibit 1 - Eligible Class Members, Page 13**

Porter, Angel D
Poteet, Fred
Potts, Karen A
Preiser, Mark F
Prendergast, Steven A
Prenga, Gjela
Presley, Micah S
Pressley, Darci
Priemer, Philip E
Prioletti, Patrick J
Proctor, Kevin
Provance, Frederick J
Pruyn, Marc F
Pullen, Christopher
Pullin, John B
Putman, Mark E
Pyatt, David R.
Pysher, David L
Pyu, Eugene M
Ragusa, Samuel J
Rajchel, Alan Frederick
Ramirez, Ruby
Randall, Michael
Randolph, John H
Rankin, Benjamin
Ranous, Brianna L
Rapczynski, Julie
Raposa, John
Rausch, Kimberly Ann
Ravsten, Michael J
Rea, Timothy
Reagan, Richard E
Redick, Timothy Joseph
Redwine, Dakota S.
Reed, Jay R.
Reeves, James William
Reeves, William Thad
Regeon, Randall Douglas
Reich, Erwin A
Reick, Karen R
Reif, Mark Allen
Reineberg, Thomas P
Reis, John B
Remmers, Gary D
Renshaw, Joseph Michael
Reyes, Laurence
Rhoades, Robert J
Richardson, Ernest

Richardson, Jay
Richardson, Shellie R
Riley, Christopher
Ringer, John L
Rinnier, Brian
Rios, Timothy
Ritchie, Cameron
Ritchie, David B
Roach, Robert L
Robb, Daniel Dee
Roberts, Carla A
Roberts, Peter D
Robertson, Clarence T
Robertson, Shane C.
Robinson, Airrie
Robinson, Glenn
Robinson, Nathan M
Robinson, Richard William
Robinson, Staci Renee
Robledo, Adrian
Rock, James
Rocker, Crystal
Rodda, Alan E
Rodgers, Gregory M
Rodriguez, Joseph M
Rodriguez, Ramon E
Rodriguez, Wilfredo A
Roe, Mark A.
Rogge, Robert D
Rojas, Amedd
Romaniuk, Katarzyna M
Rosamond, Dillan M
Rose, Ernest D
Rosner, Michael J
Ross, Aaron
Ross, Michael J.
Rosser, Charles T.
Rossiter, Jan S
Rosteck, Lucetta
Rottenberk, Robert C
Rottman, Deborah J
Rowley, Kimberly E
Roy, Robert James
Royer Jr., Timothy Maurice
Rozas, David Scott
Rucker, Jonathan David
Runeare, Samuel P
Russ, Joshua Dean

**Exhibit 1 - Eligible Class Members, Page 14**

Russell, Charles E
Russell, Dennis L
Russell, Michael
Russow, Michael
Ryan, Joseph P
Ryan, Michael J
Ryan, Robert B
Rylance, Kevin J.
Sachs, Dennis G
Sailer, Marjorie K
Sajimi, Adeniyi B
Salas, Rolando C
Saldivar, Pedro R
Salerno, Thomas
Sanchez, Marco
Sanders, Marcus
Sandford, Charles E
Santistevan, Robert Isaac
Sapp, Barry
Saucedo, Francisco
Sauer, Stephen C
Saunders, Timothy J
Sawyer, Michael D
Sawyer, Steven O.
Saxby, Frederick M
Scanlon, Shawn Charles
Schaumann, Stephen A
Schiavi, Charles J
Schildgen, Thomas J.
Schmid, Jerry E
Schmidt, Arthur H
Schmidt, Julie A.
Schneberger, Galen
Schroeder, Katheryn
Schulte, Richard H
Schupp, David P
Scott, Christy
Scrip, Zackery J
Sedley, John J.
Semon, Gina
Serrano, Elohim
Serrano, Minerva Perez
Settle, Robert
Seyfert, Jeffrey W
Seymour, David G
Shaffer, Christine A
Shah, Tushar K
Shapiro, Lydia

Sharp, Ryan
Shatto, Miles A
Shaw, David
Shawcross, Kristopher
Shearer, Boyd Wayne
Sheets, Timothy P
Shelden, Piney L
Shelley, Robert P
Shelton, Larry Eugene
Shephard, Breanne R
Shere, Kashiram Ithujirao
Sherman, Libby V
Shields, Terry Michael
Shields, Thomas M
Shipman, Richard A.
Short, Ricky J.
Shuman, Barbara Ann
Simmons, Bruce C
Simmons, Johnathan T.
Simon, Alonzo J
Simon, Christopher S
Simoneau, Judith
Simoneau, Michael
Simoneau, Stephen J
Sims, Thomas T
Sinclair, James J
Singh, Kuldip
Singleton, Willie
Sitch, Sandra J
Sitler, Todd A
Skratulia, Daniel Martin
Slager, David
Slape, Dustin
Slater, Kimberly L
Slater, William E
Slaughter, Darren Allen
Sliwa, Julie A
Smeal, Steven W
Smith Jr, Billy H
Smith, Christine N
Smith, Ian M.
Smith, Jody Glen
Smith, Joseph Michael
Smith, Matthew D
Smith, Michael W
Smith, Nathaniel A
Smith, Raevyn
Smith, Robert

**Exhibit 1 - Eligible Class Members, Page 15**

Smith, Stephanie A
Smith, Stephen E
Smith, Ted E
Smith, William Bradley
Smith, William C
Snider, David P
Snoddy, Virgil
Snyder, Michael P
Sohnrey, Russell
Solano, Albert
Soleno, Louis
Solomon, Bobby
Sonnier, Douglas R.
Sonnier, Jason B
Sorrell, Mackenzie F
Southard, Wayne
Spencer, Dale A
Stafford, Andrew B.
Standiford, Edwin F
Stano, Andrew John
Starbuck, Bryan J
Stary, Derek K
Stedman, Jonathan
Steed, Patrick M
Stein, Benjamin C
Stell, Stephen L
Stevens, Derrick
Stevens, Scott
Stevenson, Albert
Stevenson, Kevin A
Stewart, David M
Stewart, Robert
Stickney, Michael
Stiles, Charles H
Stimage, Carlon
Stirewalt, Michael D
Stirling, Richard E.
Stockman, Tye O.
Stockton, Christina
Stone, Kathleen A
Strain, Stephen L
Stratton, Robert
Strawbuck, Kirk
Streeter, Brittany M
Stuart, Nicholas C
Stubblefield, Michael R
Sullivan, Richard C
Sullivan, Steven

Summerville, Justin Andrew
Supple, Tyler T
Swearingen, Keith W
Sweeney, Lizbeth
Swiderski, Deborah S.
Swietlicki, Francis Z
Swift, Michael
Syrell, Terry Franklin
Szelei, Steven
Tagliareni, Edward A
Talamo, Matthew P
Talley, Bryan L
Tan, Hoang
Tarkowski, James
Tart, Donald Lee
Tavita, Moses
Taylor, Brendan B
Taylor, Nancy A
Taylor, Nicholas K
Teal, Carl Damon
Teal, Eric
Teal, Stephen Warren
Teamer, Corey J
Tenace, Shayne
Teoh, Edward A.
Terrell, Darrellco
Terrell, Deborah S
Terrill, William L
Tesoriero, James A
Thacker, Roland K
Thibodeaux, Cody J.
Thomas, Debra L
Thomas, John
Thomas, Rinnie L
Thompson, Clarence Joseph
Thompson, Douglas M
Thompson, James H.
Thompson, Roy Lee
Thompson, Taylor N
Thomson, Laura E
Tibbetts, Leon W
Tien Nguyen, Dung
Tigue, Richard
Till, Michelle Lynn
Tiner, Gregory John
Tipping, Robert L
Toane, Kerwin
Todd, David

**Exhibit 1 - Eligible Class Members, Page 16**

Tolouian, Shahram
Toms, Martin L
Toner, Daniel Harold
Tosh, Edward S
Trager, Douglas
Trainor, Alan F
Tran, Cao
Tran, Jimmy V
Tran, Ojay
Trevino, Sammy
Tripp, Frank L
Troia, Paul S
Troutman, Max L
Trowbridge, James B
Truax, William R
Truett, Gorden
Truong, Tam
Truong, Thy D
Tucker, Darrel G
Tucker, Roger H
Tucker, Thomas F
Tucker, Vernon Michael
Tudor, Terrell Timothy
Tulowiecki, Cynthia
Turner, Joshua Wayne
Turner, Michelle A
Turo, Mark E
Turturici, Philip C
Twentier, Alison Bernadette
Tyler, Rusell L
Tyrone, Erica F
Udeh, Reginald O
Uding, Gary Lyn
Ullrich, Ernest
Underwood, Parrish L
Unger, Kelli A
Vaidya, Kanubhai P
Valadez, Loren
Valdez, Maximo
Valdez, Richard
Valencia-Santillan, Jesus
Valle, Nicholas
Van Hale, Joseph
Varga, Zoltan I
Vasquez, Karina
Vaux, John Rocky
Vavra, Leigh A
Vaysbord, Anatoly

Vega, Roberto C
Velazquez-Vazquez, Daniel J
Verbanick, David Eric
Vernacchio, Louis F
Vernon, Sidney
Vialva, Felix A
Vialva, Simeon L
Villanueva, Nicholas F
Villarreal, Adam
Villegas, Jose Antonio
Vincent, Jeffrey A
Vinnedge, Kenneth E
Vo, Hieu
Vo, Thanh
Vogel, Steven
Vondrasek, Garry
Wagle, Ram Chandra
Waguespack, Leslie S
Waiters, Sheldon R
Waldron, Kendall R
Walker, Chad M
Walker, Ronald Joseph
Wallace, Craig M
Wallace, Depreshuan K
Wallace, Jeff R
Wallace, Leon
Waller, James E
Walrath, Calvin D
Walston, Tracie
Walter, Mandy L.
Walters, Jeffrey L
Walton, Gregory S.
Wan, Jeff
Wandag, Walter B
Warren, Albert E
Washington, Marquese
Weaver, Kenneth E
Webb, Cody
Weber, Roger D
Welborn, Jessica
Welch, Robert Kurt
Wells, Kenneth M
Wells, Raymond A
Wells, Yancey D
Werle, George T
Westerbeck, Nicole M
Westmoreland, Carol A
Whalen, Martin W

Exhibit 1 - Eligible Class Members, Page 17

Whirt, Larry A
White, Gregory B
White, Serece L.
Whiteside, Melissa A.
Whitman, Kenneth Leslie
Whitmire, Jacki
Whitney, Nathaniel K
Wickline, James N
Wilder Jr, Herschel C
Wiley, Ragina
Williams Jr, Cleveland
Williams, Andrew Frederick
Williams, Cheakito C
Williams, Damon A.
Williams, David L
Williams, Ernest
Williams, Frederick H
Williams, Gary L
Williams, Gary Malone
Williams, Jimmy L
Williams, Marshall
Williams, Marvin C
Williams, Samuel
Williams, Travis L
Williamson, Justine
Wilson, Andrew Anthony
Wilson, Arthur L
Wilson, James
Wiltfong, Patrick
Winter, Henry E
Wolfe, Mark Lloyd
Wolz, Mark A.
Womack, Samuel D.
Wood, Mark W
Woodard, Lionell Amonte
Woodring, Elwood Woody
Woods, Byron J
Woods, Mark
Woosley, Jeffrey
Workman, Ryan A.
Worobec, Byran A
Worthington, Joan
Wright, Michael E
Wright, Norma J
Wrixon, Dylan B
Wulko, Steven J
Wunder, Robert G
Wunschel, Aaron

Wyatt, Dustin Levi
Wygant, Steven
Yanosky, James M.
Yazdani, Robert
Yazzie, Dwayne
Ybarra, San Juan
Yoder, Ashley Marie
Young, Heath R
Yuresko, Mark S
Zachary, Joanna K
Zagata, Eric J
Zeiter, David E
Ziegler, Lois
Zmiejko, Grzegorz
Zupsic, Joseph

**Exhibit 1 - Eligible Class Members, Page 18**